## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

IGOR DUBOVOY,

Defendant.

Case No. 15-cr-390 (MCA)

**CONSENT ORDER MODIFYING
CONDITIONS OF RELEASE**

This matter having come before the Court upon the application of defendant Igor Dubovoy, by Gibbons P.C. (Mary Frances Palisano, Esq., appearing), with the consent of the United States of America (Daniel Shapiro, Assistant United States Attorney, appearing), and with no objection from United States Pretrial Services, and for good cause shown,

**IT IS** on this 10th day of May, 2021,

**ORDERED** that the Order Setting Conditions of Release as to defendant Igor Dubovoy, dated September 15, 2015, specifically Schedule A, is hereby modified to remove the following property from the list of properties posted to secure Mr. Dubovoy's appearance bond:

- 800 Henry Dr., Woodstock, GA 30188;

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed in the September 15, 2015 Order shall remain in full force and effect.

_____
Honorable Madeline Cox Arleo
United States District Judge

Consented as to
form and Entry.

_____
Daniel Shapiro
Assistant United States Attorney


_Mary Frances Palisano_
Mary Frances Palisano, Esq.
Counsel for Defendant Igor Dubovoy